IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT JEFFREYS, NDCS Director;<br><br>    Respondent. | 8:24CV84<br><br>ORDER |

  This matter is before the Court on the Court's own motion. On March 14, 2025, Peitioner Austin Edward Lightfeather named the undersigned as a defendant in his complaint in Case No. 8:25CV192, Filing No. 1, which is assigned to Senior District Court Judge John M. Gerrard. Under these circumstances and because his impartiality might reasonably be questioned, the undersigned shall, and hereby does, recuse himself from the above-designated cases pursuant to 28 U.S.C. § 455(a) & (b)(5).

  SO ORDERED.

  Dated this 12th day of May, 2025.

                    BY THE COURT:

                    *Joseph F. Bataillon*
                    Joseph F. Bataillon
                    Senior United States District Judge