IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, | |
| Petitioner, | **8:24CV84** |
| vs. | |
| ROBERT JEFFREYS, NDCS Director; | **MEMORANDUM AND ORDER** |
| Respondent. | |

On August 8, 2025, the Court conducted an initial review of Petitioner Austin Edward Lightfeather's Petition for Writ of Habeas Corpus, Filing No. 1, brought pursuant to 28 U.S.C. § 2254. The Court determined Petitioner's petition was insufficient because it was not signed under penalty of perjury, it failed to substantially follow either the form appended to the *Rules Governing Section 2254 Cases in the United States District Courts* or a form prescribed by a local district court rule, and Petitioner failed to allege he exhausted all available state remedies before filing his petition. Filing No. 7. The Court ordered Petitioner to file an amended petition for writ of habeas corpus within 30 days or face dismissal of this matter. To date, Petitioner has not filed an amended petition and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 15th day of September, 2025.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge